NUMBER 13-06-631-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


JOYCE A. NORIEGA, M.D., Appellant,


v.



DEBBIE TUCKER, INDIVIDUALLY, ET AL., Appellees.

___________________________________________________________________


On appeal from the 105th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, JOYCE A. NORIEGA, M.D., perfected an appeal from an order
entered by the 105th District Court of Nueces County, Texas, in cause number 05-5538-D. After the record and briefs were filed and after the cause was set for
submission and oral argument, the parties filed a joint motion to dismiss the appeal. 
In the motion, the parties state that they have reached an agreement to resolve their
differences in this matter. The parties request that this Court dismiss the appeal and
that costs be taxed against the party incurring same.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and filed this

the 17th day of May, 2007.